UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-2411-MWF(RAOx)** Date: September 23, 2026

Title ***Frank Dominguez v. Alta Zarco***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 4, 2026. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on June 2, 2026.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this **Order to Show Cause**, the Court will accept the following no later than **OCTOBER 9, 2026**.

- By Plaintiff Frank Dominguez: Proof of Service of the Summons and Complaint. The Proof of Service must satisfy requirements of Federal Rule of Civil Procedure 4.

OR

- By Defendant Alta Zarco: Response to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **OCTOBER 9, 2026,** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-2411-MWF(RAOx)** Date: September 23, 2026

Title ***Frank Dominguez v. Alta Zarco***

Although Plaintiff has not filed a Notice of Change of Address, the Court notes that he has used a new address on his most recent filings. The Clerk is directed to update Plaintiff's address to:

42465 West Krista Drive
Maricopa, Arizona 85138-1011

IT IS SO ORDERED.

The Court notes that a party to this lawsuit does not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Plaintiff is encouraged to review the Self-Representation Order, filed at Docket No. 7.